27805
xxxx9771

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF PUERTO RICO

| IN THE MATTER OF: | CASE NO: **11-02557 ESL** |
|---|---|
| **Nelson Villanueva Hernández,** | CHAPTER: 7 |
| **Debtor(s).** | |
| Banco Popular de Puerto Rico, Movant, | |
| Nelson Villanueva Hernández, Maylene Perez Robles, Debtors-Respondents, | |
| Alejandro Oliveras Rivera, Trustee. | |

MOTION FOR RELIEF OF STAY UNDER 11 U.S.C. 362

TO THE HONORABLE COURT:

COMES now movant, **Banco Popular de Puerto Rico,** hereinafter referred to as "BPPR", by the undersigned attorney, and very respectfully alleges and prays:

1. Nelson Villanueva Hernández hereinafter will be referred to as **"the debtor"**. Maylene Perez Robles is named as co-guarantor and co-owner of the property.

2. BPPR, a secured creditor in the above captioned case, has not been offered nor provided adequate protection as required by section 362 of the

Bankruptcy Code. Consequently, it moves to request that the automatic stay be lifted in order to continue with the mortgage foreclosure proceedings.

3. The pertinent part of section 362 states that:

   (d) On request of a party in interest and after notice and hearing, the court shall grant relief from stay provided under subsection (a) of this section, such as by terminating, annulling, modifying, or conditioning such stay-
      (1) For cause, including the lack of adequate protection of an interest in property of such party in interest
      (2) With respect to a stay of an act against property under subsection(a) of this section, if---
         A) The debtor does not have an equity in such property ; and
         B) Such property is not necessary to an effective reorganization;

4. BPPR is the holder in due course of a mortgage note in the principal sum of $155,000.00, bearing interest at 6.375%, per annum ("the note"). The indebtedness evidenced by the note is secured by a mortgage executed before the notary public Rafael Maldonado Nicolai on January 31st, 2005, deed number 22 ("the mortgage"). Attached hereto as **Exhibit 1** is a copy of the note and as **Exhibit 2** a copy of a title search that evidences BPPR's secured status.

5. The debtor's payment plan requires that the debtor make monthly regular post petition payments directly to BPPR.

6. The debtor has not made the monthly installments due to movant having incurred in a total of **3** post-petition installments in arrears to BPPR amounting to **$3,855.70, plus $400.00 in legal fees for the total amount of $4,255.70.** See **Exhibit 3** attached hereto and made part hereof for an itemized statement of the arrearage.

7. The debtor's failure to make payments due under the mortgage note, results in the debtor's material default with the terms of the plan.

8. BPPR has not been offered and does not have adequate protection for the above mentioned security interest. Moreover, the debtor has failed to make post petition payments as called for under the terms of the plan. Consequently "cause" exists to lift the automatic stay.

9. In view of the foregoing BPPR respectfully requests for an order lifting the automatic stay pursuant to sections 362(d)(1) of the Bankruptcy Code.

10. Attached hereto as **Exhibit 4** is the non military service affidavit required for the entry of an order by default by the Servicemembers' Civil Relief Act, 50 USC Appx. §521.

**WHEREFORE**, BPPR respectfully prays that an order be entered authorizing the relief from the automatic stay pursuant to section 362 (d)(1) of the Bankruptcy Code, granting costs, expenses and attorney's fees to BPPR and authorizing BPPR to proceed with the foreclosure of the mortgage against the property of the debtor, with such further relief as is just and proper.

**RESPECTFULLY SUBMITTED**

**I HEREBY CERTIFY** that this 26 day of August, 2011, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the following: ***the Trustee, Alejandro Oliveras Rivera*** and ***to the debtors' attorney, Marilyn Valdés Ortega***.

**Martínez & Torres Law Offices**
P.O. Box 192938 San Juan, PR 00919-2938
Tel. (787) 767-8244 & Fax (787) 767-1183

***s/ Tania M. Vázquez Maldonado***
By: Tania M. Vázquez Maldonado
USDC -PR 227810
**tvazquez@martineztorreslaw.com**

Vanessa M Torres Quiñones
USDC -PR 217401
**vtorres@martineztorreslaw.com**

# NOTE
# PAGARÉ

US$ 155,000.00                                           San Juan, Puerto Rico
                                                         January 31, 2005

—FOR VALUE RECEIVED, the undersigned ("Borrower") promise(s) to pay POPULAR MORTGAGE, INC.,
—Por valor recibido, el(los) suscribiente(s) ("Deudor") promete(n) pagar a POPULAR MORTGAGE, INC.

or order the principal sum of ONE HUNDRED FIFTY FIVE THOUSAND ($155,000.00)
o a su orden la suma principal de

_____ Dollars, with interest on the unpaid
_____ Dólares, con intereses sobre el balance

principal balance from the date of this Note, until paid, at the rate of SIX POINT THREE SEVENTY-FIVE (6.375%)
insoluto de principal desde la fecha de este Pagaré hasta su pago a razón de

_____ percent per annum. Principal and interest shall be payable at San Juan, Puerto Rico or such other place as
_____ por ciento anual. El principal o intereses pagaderos en San Juan, Puerto Rico o en cualquier otro lugar que

the Note holder may designate in writing, in consecutive monthly installments of NINE HUNDRED SIXTY SEVEN DOLLARS
el tenedor de este Pagaré indique por escrito, en plazos mensuales y consecutivos de

Dollars (US$ 967.00 _____); on the first day of each month beginning the first of March "2005", _____ until the
Dólares (US $ _____), en el primer día de cada mes comenzando el 1ro. De _____ hasta que

entire indebtedness evidenced hereby is fully paid, except that any remaining indebtedness if not sooner paid, shall be due and payable
se pague totalmente la deuda evidenciada por el presente, excepto que la deuda restante, si no antes pagada quedará vencida y pagadera

on the first day of February "2035".
en el día primero de

—If any monthly installment under this Note is not paid when due and remains unpaid after a date specified by a notice to Borrower
—Si cualquier plazo mensual bajo este Pagaré no es pagado cuando vence y permanece impagado luego de la fecha especificada en la notificación al deudor

the entire principal amount outstanding and accrued interest thereon shall at once become due and payable at the option of the
la suma total de principal pendiente de pago e intereses acumulados sobre la misma quedarán inmediatamente vencidos y pagaderos a opción del

Note holder. The date specified shall not be less than thirty days from the date such notice is mailed. The Note holder
tenedor de este Pagaré. La fecha especificada no será inferior a veinte días a partir de la fecha de envío por correo de dicha notificación. El tenedor de este Pagaré

may exercise this option to accelerate during any default by Borrower regardless of any prior forbearance. If suit is brought
podrá ejercitar esta opción de aceleración durante cualquier incumplimiento del Deudor, no empece cualquier indulgencia de morosidad anterior. De radicarse

to collect this Note, the Note holder shall be entitled to collect in such proceeding the agreed and liquidated amount of ten
procedimiento judicial para el cobro de este Pagaré, el tenedor a esta Pagaré tendrá derecho a cobrar en dicho procedimiento la suma pactada y líquida de diez

percent of the original principal amount hereof to cover costs and expenses of suit, including but not limited to, attorney's fees.
por ciento de la suma original de principal del presente para cubrir las costas y gastos de dicho procedimiento, incluyendo sin limitar, litación, honorarios de abogados.

—Borrower shall pay to the Note holder a late charge of five percent of any monthly installment not received by the Note
—El Deudor pagará al tenedor de este Pagaré un cargo por pago atrasado de cinco porciento de cualquier plazo mensual que no se reciba por el tenedor de este

holder within fifteen days after the installment is due. Borrower may prepay the principal amount outstanding in whole or in part.
Pagaré dentro de quince días después de la fecha de vencimiento de dicho plazo. El Deudor podrá pagar por anticipado la totalidad o parte del balance insoluto de

The Note holder may require that any partial prepayments (i) be made on the date monthly installments are due and (ii) be in
principal. El tenedor de este Pagaré podrá requerir que cualesquiera pagos parciales (i) sean hechos en la fecha en que vencen plazos mensuales y (ii) sean en la

the amount of that part of one or more monthly installments which would be applicable to principal. Any partial prepayment shall
la cuantía de aquella parte de uno o más mensuales que sería aplicable a principal. Cualquier pago parcial por

be applied against the principal amount outstanding and shall not postpone the due date of any subsequent monthly installments or
anticipado será aplicado contra el principal insoluto y no pospondrá la fecha de vencimiento de cualquier plazo mensual subsiguiente

change the amount of such installments, unless the note holder shall otherwise agree in writing.
ni cambiará el monto de dichos plazos a menos que el tenedor de este Pagaré acuerde lo contrario por escrito.

—If within five years from the date of this Note, the undersigned makes any prepayments in any twelve month period beginning with
—Si dentro de cinco años desde la fecha de este Pagaré, los suscribientes hacen cualquier pago anticipado en cualquier período de doce meses contándose con
the date of this Note or anniversary dates thereof ("loan year") with money lent to the undersigned by a lender other than the holder
la fecha de este Pagaré o la de sus aniversarios ("año del préstamo") con dineros prestados a los suscribientes por un prestador que no sea el tenedor

hereof, the undersigned shall pay the holder hereof (a) during the first year of the loan three percent of the amount by which the
del presente, los suscribientes pagarán al tenedor del presente (a) durante el primer año del préstamo el tres (3) por ciento de la cuantía por
sum of prepayments made in any such loan year exceeds twenty percent of the original principal amount of this note and (b) during
la cual el total de los pagos anticipados hechos en cualquier año exceda el veinte por ciento de la cantidad original del principal de este pagaré y (b) durante

the second and third loan year two per cent of the amount by which the sum of prepayments made in any such loan year exceeds
el segundo y tercer año del Préstamo, dos (2) por ciento de la cuantía por la cual el total de los pagos anticipados hechos en ese tiempo exceda
twenty percent of the original principal amount of this NOTE. (c) DURING THE FOURTH AND FIFTH LOAN YEAR, one per cent of
el veinte por ciento de la cantidad original del principal de este Pagaré. (c) durante el cuarto y quinto año del préstamo uno (1) por ciento

the amount by which the sum of prepayment made in any such loan year exceeds twenty per cent of the original principal amount
de la cuantía por la cual el total de los pagos anticipados excederá el veinte por ciento de la cantidad original
of this Note.
del principal de este Pagaré.

—Presentment, notice of dishonor and protest are hereby waived by all makers, sureties, guarantors and endorsers hereof.
—Por la presente se renuncian los derechos de presentación, aviso de rechazo, y protesto por todos los otorgantes, garantizadores y endosantes del presente—
This Note shall be the joint and several obligation of all makers, sureties, guarantors and endorsers, and shall be binding upon them
Este Pagaré constituye obligación solidaria de todos sus otorgantes, fiadores, garantizadores y endosantes y les obliga, así como a sus

and their heirs, personal representatives, successors and assigns.
herederos, representantes, personales, sucesores y cesionarios.

—Any notice to Borrower provided for in this Note shall be given by mailing such notice by certified mail addressed to Borrower at
—Cualquier notificación al Deudor dispuesto en este Pagaré deberá ser enviada por correo certificado dirigido al Deudor a
the Property Address stated below, or to such other address as Borrower may designate by notice to the Note holder. Any notice
la dirección de la Propiedad que abajo se indica o a cualquier otra dirección que el Deudor designe mediante notificación al tenedor de este Pagaré. Cualquier notificación

to the Note holder shall be given by mailing such notice by certified mail, return receipt requested, to the Note holder at the address
al tenedor de este Pagaré deberá ser enviada por correo certificado, con acuse de recibo, al tenedor de este Pagaré a la dirección
stated in the first paragraph of this Note, or at such other address as may have been designated by notice to Borrower.
indicada en el primer párrafo de este Pagaré, o a cualquier otra dirección que se haya designado mediante notificación al Deudor.

The indebtedness evidenced by this Note is secured by a Mortgage, dated of even date herewith, on property as indicated in
La deuda evidenciada por este Pagaré está garantizada por una Hipoteca, de fecha igual a la del presente la sobre propiedad según indicada en

Deed number ___23___ before the subscribing Notary.
la Escritura número ___ ante el Notario suscribiente.

_____          _____
NELSON VILLANUEVA HERNANDEZ              MAYLENE PEREZ ROBLES

1001 ZEUS BLDG VILLAS DE MONTE ATENAS II
COND. EDIF. K SECTOR EL CAPA BO- CUPEY
SAN JUAN PR 00926

                                         Pay to the order of
                                         without recourse
                                         BANCO POPULAR DE PUERTO RICO

Affidavit Number: 22287                  (Execute Original Only)
                                         (Otórguese al original solamente)

—Acknowledged and subscribed by me the above signatories, of the personal circumstances contained in the Mortgage Deed hereinbefore
described, I have identified as expressed also in said deed.—

_____                  PAY TO THE ORDER OF
NOTARY PUBLIC                            Without recourse
Notario Público                          POPULAR MORTGAGE, INC.

                                         By: _____
                                         By: _____
                                         Date: _____

—FIRMADO, SIGNADO, SELLADO Y RUBRICADO: RAFAEL MALDONADO NICOLAI; NOTARIO PUBLICO——

—Aparecen las iniciales en todos y cada uno de los folios y las firmas de los otorgantes (así como lo de los testigos, si alguno) al final de la escritura así como la rúbrica, signo, sello y firma del notario autorizante, en el original de esta escritura. Tiene adheridos los correspondientes sellos de Rentas Internas y es. Primera copia fiel y exacta de su original bajo el número de escritura -22- que obra en mi protocolo de instrumentos públicos correspondiente al año en curso al que me remito y la misma consta de -13 -folio(s).——

—En fe de ello y a petición de POPULAR MORTGAGE, INC., expido PRIMERA copia certificada, que firmo, signo, sello y rubrico en el mismo día de su otorgamiento.——



NOTARIO PÚBLICO

REGISTRADO AL
Folio 01
Tomo 650 de BPS
Finca# 20080 Inscripción 4
P.P. 28 de abril 2005

Afecta por su procedencia a servidumbres, Hipoteca $132,000 a favor de First Security Mortgage Inc. y a hipoteca que por este documento se constituye.

Drehos: $580.50

Registrador

## ESTUDIO DE TITULO

| | |
|---|---|
| CASO PARA | : MARTINEZ & TORRES LAW OFFICES, P.S.C. |
| ATENCION | : MARIA T. BALDERA |
| CASO NUMERO | : N/E 27805 |
| REFERENTE | : NELSON VILLANUEVA HERNANDEZ |
| FINCA NUMERO | : 20080, inscrita al folio 21 del tomo 650 de Río Piedras Sur Registro de San Juan, sección IV. |

**DESCRIPCIÓN:**

*URBANA:* PROPIEDAD HORIZONTAL: Apartamento residencial identificado con el número 1001, ubicado en la primera planta del edificio "X" del complejo de estructura tipo "walk up" denominado Villas de Monte Atenas II, ubicado en el sector El Capá del Barrio Cupey de Río Piedras, término municipal de San Juan, con una cabida superficial de 115.68 metros cuadrados, equivalentes a 1245.17 pies cuadrados. Consiste de un salón para ser destinado a sala y comedor, otra área para ser destinada a cocina, tres áreas de habitaciones para ser destinadas a dormitorios, áreas para almacenar y de lavandería, dos baños y un área para ser destinada a balcón, este último con acceso desde el área destinada a sala y cocina. Colinda por el Norte, en una distancia de 4'-6" con la pared y la puerta que lo separa del vestíbulo o área de descanso de la escalera que da acceso a este apartamento y en una distancia aproximada de 14'-0" con la pared que lo separa del apartamento contiguo, a saber el apartamento número 1002; por el Sur, en una distancia aproximada de 28'-4" con las áreas verdes del solar y con el edificio número "IX" en donde ubica el edificio del cual forma parte este apartamento; por el Este, en una distancia de 38'-9" con las áreas verdes que ubican en el solar en donde se construyó este edificio; y por el Oeste, en una distancia de 43'-2" con las áreas verdes del solar en donde ubica el edificio del cual forma parte este apartamento y que lo separa de la Calle Melchor Maldonado. Le corresponden a este apartamento las áreas identificadas de estacionamiento como P-1001 A y B. Le corresponde a este apartamento el derecho exclusivo de uso del patio trasero que colinda con el mismo, sujeto dicho derecho de uso a las limitaciones que surgen de la escritura de constitución del Régimen de propiedad horizontal del cual este apartamento forma parte. Elementos comunes generales: 1.7857%.

**TRACTO:** Se separa de la finca 17515, inscrita al folio 185 del tomo 649 de Río Piedras Sur.

**DOMINIO:**
Consta inscrita a favor de NELSON VILLANUEVA HERNANDEZ y su esposa, MAYLENE PEREZ ROBLES, quienes adquiere por compra a José Francisco Rodríguez Colón y Marianne Luissette Del Valle Emmanuelli, por la suma de $155,000.00, según escritura número 21, otorgada en San Juan, el 31 de enero del 2005, ante el notario Rafael Maldonado Nicolai. Inscrita al folio 21 del tomo 650 (ágora) de Río Piedras Sur. Inscripción tercera.

**GRAVÁMENES:**
Afecta por su procedencia a:
Servidumbre a favor de la Autoridad de Acueductos y Alcantarillados, Autoridad de Energía Eléctrica, Puerto Rico Telephone Company, servidumbre peatonal y vehicular.

CASO: N/E 27105
FINCA: 20080
PAGINA: 2

Por sí a:
**HIPOTECA:**
Constituida por Nelson Villanueva Hernández y su esposa, Maylene Pérez Robles, en garantía a un pagaré a favor de POPULAR MORTGAGE, INC., o a su orden, por la suma de $155,000.00, con intereses al 6.375% anual y vencedero el 1 de febrero del 2035, según escritura número 22, otorgada en San Juan, el 31 de enero del 2005, ante el notario Rafael Maldonado Nicolai. Inscrita al folio 21 del tomo 650 (ágora) de Río Piedras Sur. Inscripción cuarta.

**PRESENTACION:**
Presentada el 29 de junio del 2004, al asiento 127 del diario 423, según escritura número 165, otorgada en San Juan, el 8 de abril del 2004, ante el notario Héctor L. Torres Vila, por Jacqueline Acevedo Garcia, para que se cancele hipoteca por la suma de $120,700.00.
Caducado el 31 de enero de 2005.

Nota: Este documento documento pretende cancelar una hipoteca que no consta inscrita ni pendiente de inscripción; Información revisada del Diario de Operaciones.

REVISADOS: Libro de Embargos, Sentencias, Embargos Federales y Bitácora Electrónica, a 1 de julio de 2011. Revisado nuevamente el 7 de julio de 2011.

L.J.N. TITLE SEARCH COMPANY INC.
APARTADO 4511
CAROLINA, PUERTO RICO 00984
Tel. (787) 791-5381 Fax / (787) 791-5304

Por: _____
OFICIAL AUTORIZADO

SVL/vjr DJM/mg DJM/vjr

*ADVERTENCIA:* El presente informe representa la realidad registral según la información contenida en los Registros Oficiales del Registro de la Propiedad. La bitácora electrónica no es un libro oficial del Registro, por lo tanto no somos responsables de errores u omisiones en su contenido.

(M-360) 27805

# STATEMENT OF ACCOUNT

| | | |
|---|---|---|
| **DEBTOR:** Nelson Villanueva Hernandez | **BPPR NUM:** | 9771 |
| **BANKRUPTCY NUM:** 11-02557ESL | **FILING DATE:** | 03/28/11 |

## SECURED LIEN ON REAL PROPERTY

| | | | | |
|---|---|---|---|---|
| Principal Balance as of | 07/01/10 | | | 144,091.02 |
| Accrued Interest from | 06/01/10 to 08/31/11 | | | 11,482.25 |
| Interest: 6.375% | Accrued num. of days: 450 | Per Diem: | 25.516118 | |

**Monthly payment to escrow**

| | | | | | | |
|---|---|---|---|---|---|---|
| Hazard | $0.00 | Taxes | $0.00 | MIP | $0.00 | |
| A&H | $0.00 | Life | $0.00 | | | |
| Total montly escrow | | | $0.00 | Months in arrears 14 | Escrow in arrears | 0.00 |
| | | | | | Accrued Late Charge: | 758.20 |

**Advances Under Loan Contract:**

| | | | | | | |
|---|---|---|---|---|---|---|
| Title Search | $35.00 | Tax Certificate | $0.00 | Inspection | $0.00 | 1,521.32 |
| Other | $1,486.32 | | | | | |
| Legal Fees: | | | | | | 300.00 |
| Total amount owed as of | 08/31/11 | | | | | 158,152.79 |

## AMOUNT IN ARREARS

**PRE-PETITION AMOUNT:**

| | | | | | |
|---|---|---|---|---|---|
| 11 | payments of | $1,253.00 | each one | | 13,783.00 |
| | acummulated lated charges | | | | 661.50 |

**Advances Under Loan Contract:**

| | | | | | | |
|---|---|---|---|---|---|---|
| Title Search | $35.00 | Tax Certificate | $0.00 | Inspection | $0.00 | 1,521.32 |
| Other | $1,486.32 | | | | | |
| Legal Fees | | | | | | 300.00 |
| | | | | A = TOTAL PRE-PETITION AMOUNT | | 16,265.82 |

**POST-PETITION AMOUNT:**

| | | | | | |
|---|---|---|---|---|---|
| 3 | payments of | $1,253.00 | each one | | 3,759.00 |
| | Late Charge | | | | 96.70 |
| | | | | B = TOTAL POST-PETITION AMOUNT | 3,855.70 |
| | | | | A + B = TOTAL AMOUNT IN ARREARS | 20,121.52 |

## OTHER INFORMATION

| | | | | | | |
|---|---|---|---|---|---|---|
| Next pymt due | 07/01/10 | Interest rate | 6.375% | P & I | $967.00 | Monthly late charge $48.35 |
| Investor | Banco Popular de Puerto Rico | Property address | Cond. Monte Atenas II apt 1001 Rio Piedras PR 00929 | | | |

The subscribing representative of Banco Popular de Puerto Rico declares under penalty of perjury that according to the information gathered by Banco Popular de Puerto Rico the foregoing is true and correct.

BANCO POPULAR DE PUERTO RICO

08/15/11
DATE

SACCTFHA / Josuam Figueroa

Department of Defense Manpower Data Center                          Aug-24-2011 11:52:54



Military Status Report
Pursuant to the Service Members Civil Relief Act

| Last Name | First/Middle | Begin Date | Active Duty Status | Active Duty End Date | Service Agency |
|---|---|---|---|---|---|
| PEREZ ROBLES | MAILENE | Based on the information you have furnished, the DMDC does not possess any information indicating the individual status. | | | |

Upon searching the information data banks of the Department of Defense Manpower Data Center, based on the information that you provided, the above is the current status of the individual as to all branches of the Uniformed Services (Army, Navy, Marine Corps, Air Force, NOAA, Public Health, and Coast Guard).

*Mary M. Snavely-Dixon*

Mary M. Snavely-Dixon, Director
Department of Defense - Manpower Data Center
1600 Wilson Blvd., Suite 400
Arlington, VA 22209-2593

The Defense Manpower Data Center (DMDC) is an organization of the Department of Defense that maintains the Defense Enrollment and Eligibility Reporting System (DEERS) database which is the official source of data on eligibility for military medical care and other eligibility systems.

The DoD strongly supports the enforcement of the Service Members Civil Relief Act (50 USC App. §§ 501 et seq, as amended) (SCRA) (formerly known as the Soldiers' and Sailors' Civil Relief Act of 1940). DMDC has issued hundreds of thousands of "does not possess any information indicating that the individual is currently on active duty" responses, and has experienced a small error rate. In the event the individual referenced above, or any family member, friend, or representative asserts in any manner that the individual is on active duty, or is otherwise entitled to the protections of the SCRA, you are strongly encouraged to obtain further verification of the person's status by contacting that person's Service via the "defenselink.mil" URL http://www.defenselink.mil/faq/pis/PC09SLDR.html. If you have evidence the person is on active duty and you fail to obtain this additional Service verification, punitive provisions of the SCRA may be invoked against you. See 50 USC App. §521(c).

If you obtain additional information about the person (e.g., an SSN, improved accuracy of DOB, a middle name), you can submit your request again at this Web site and we will provide a new certificate for that query.

This response reflects **active duty status** including date the individual was last on active duty, if it was within the preceding 367 days. For historical information, please contact the Service SCRA points-of-contact.

*More information on "Active Duty Status"*
Active duty status as reported in this certificate is defined in accordance with 10 USC § 101(d)(1) for a period of more than 30 consecutive days. In the case of a member of the National Guard, includes service under a call to active service authorized by the President or the Secretary of Defense for a period of more than 30 consecutive days under 32 USC § 502(f) for purposes of responding to a national emergency declared by the President and supported by Federal funds. All Active Guard Reserve (AGR) members must be assigned against an authorized mobilization position in the unit they support. This includes Navy TARs, Marine Corps ARs and Coast Guard RPAs. Active Duty status also applies to a Uniformed Service member who is an active duty commissioned officer of the U.S. Public Health Service or the National Oceanic and Atmospheric Administration (NOAA Commissioned Corps) for a period of more than 30 consecutive days.

*Coverage Under the SCRA is Broader in Some Cases*
Coverage under the SCRA is broader in some cases and includes some categories of persons on active duty for purposes of the SCRA who would not be reported as on Active Duty under this certificate.

Many times orders are amended to extend the period of active duty, which would extend SCRA protections. Persons seeking to rely on this website certification should check to make sure the orders on which SCRA protections are based have not been amended to extend the inclusive dates of service. Furthermore, some protections of the SCRA may extend to persons who have received orders to report for active duty or to be inducted, but who have not actually begun active duty or actually reported for induction. The Last Date on Active Duty entry is important because a number of protections of SCRA extend beyond the last dates of active duty.

Those who would rely on this certificate are urged to seek qualified legal counsel to ensure that all rights guaranteed to Service members under the SCRA are protected.

WARNING: This certificate was provided based on a name and SSN provided by the requester. Providing an erroneous name or SSN will cause an erroneous certificate to be provided.
Report ID:R16VJ3OQJ